as Executors and Trustees, etc., of JACOB TRENKLE, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an action to recover possession of oil property.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY V. LOVE, as Administratrix, etc., of TIMOTHY A. LOVE, Deceased, etc., Respondent, v. THE BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards plaintiff damages for death of intestate, a brakeman. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FRED W. KEIHL, Respondent, v. FRANK H. WATERS, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. (The judgment awards damages for alienation of affections. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

W. F. HALLAUER COMPANY, INCORPORATED, Respondent, v. AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages to plaintiff in an action under a liability insurance policy to recover amount of judgment secured by plaintiff against automobile truck owner for damages to shipment of celery. The order denies defendant's motion for judgment on the pleadings and grants plaintiff's cross-motion.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JOSEPH FIGURA, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict of the jury on the question of defendant's negligence and the plaintiff's freedom from contributory negligence was against the weight of the evidence. All concur. (The judgment awards damages to plaintiff for personal injuries and property damage resulting from collision of automobile with street car.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

FREDA ABBOTT, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action by wife of insured to recover death benefits under six life insurance policies.) Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

PHYLLIS CONNOLLY, by JOHN H. CONNOLLY, Her Guardian ad Litem, Appellant, v. FRANK D. CARPENTER, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

JOHN H. CONNOLLY, Appellant, v. FRANK D. CARPENTER, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.